IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-623 |
| | : | |
| ROBROY MACINNES, | : | |
| ROBERT KESZEY | : | |

## **ORDER**

AND NOW, this 30th day of May, 2014, upon consideration of the parties' written submissions, the underlying record, and oral argument on the motions, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Defendant Robert Keszey's Motion to Join Argument Presented by Co-Defendant Robroy MacInnes (Document 117) is GRANTED.

2. Defendant MacInnes's Motion to Supplement Defendants' Motions for New Trial and to Join in Defendant Keszey's Supplemental Memorandum (Document 129) is GRANTED.

3. Defendant Keszey's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Document 115) is DENIED.

4. Defendant MacInnes's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Document 116) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.